**Opinion issued June 3, 2025**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00921-CV

———————————

### IN RE THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator The Insurance Company of the State of Pennsylvania has filed a

letter asking that we dismiss this original proceeding as moot.[1]  Accordingly, we

---

[1]    The underlying case is *Landry's, Inc., as Successor-In-Interest to Landry's Management, LP, Incorporated v. The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, PA; and Commerce and Industry Insurance Company*, cause number 2022-10292, pending in the 133rd District Court of Harris County, Texas, the Honorable Nicole V. Perdue presiding.

reinstate this original proceeding,[2] interpret relator's letter as a motion to dismiss, grant the motion, and dismiss the petition for writ of mandamus as moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[2] We previously abated this appeal to allow the successor to reconsider the original party's decision. *See* TEX. R. APP. P. 7.2(b).